Form 210A (10/06)  **United States Bankruptcy Court**

DISTRICT OF NEW JERSEY

In Re: TAIS; JOHN D                                      Case No. 0938758

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                       ADVANTA BANK CORP
-------------------------------------------              -------------------------------------------
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known): 5
should be sent:                                          Amount of Claim: $15,994.97
POB 41067                                                Date Claim Filed: 11/23/2009
NORFOLK, VA 23541

Phone: (877)829-8298                                     Phone:
Last Four Digits of Acct # :  8846                       Last Four Digits of Acct #:

Name and Address where transferee payments               Seller Information
Should be sent (if different from above)                 ADVANTA BANK CORP
PO Box 12914                                             Welsh and McKean Roads
NORFOLK, VA 23541                                        Spring House PA 19477-0844

Phone: (877)829-8298
Last Four Digits of Acct # : 8846

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                                   Date: 12/16/2009
    -------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571